966

■ In the Matter of JOSEPH W. PLATER, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [838 NYS2d 456]—Appeal from a judgment of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered January 17, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Centra, Peradotto and Pine, JJ.

■ In the Matter of HASAN RAQIYB, Petitioner, v ROBERT A. KIRKPATRICK, as Superintendent of Wende Correctional Facility, et al., Respondents. [838 NYS2d 457]—Proceedings pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Christopher J. Burns, J.], entered March 1, 2007) to review three determinations of respondent. The determinations found after three tier III hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations be and the same hereby are unanimously confirmed without costs and the petitions are dismissed. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Pine, JJ.